PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER SEARS-ROBISON, individually and as an heir for SHAUNA ROBSION (deceased),<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES, SALUD CLINIC PHARMACY, IMGRX SALUD, INC., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:24-CV-2452 DJC CSK<br><br>ORDER ADOPTING STIPULATION TO DISMISS THE UNITED STATES, VACATE THE PENDING MOTION TO DISMISS, AND REMAND THE REMAINING DEFENDANTS TO STATE COURT |

Plaintiff and the United States have, through counsel, stipulated to dismiss the United States from this action, without prejudice, to vacate the United States' pending Motion to Dismiss (ECF 4) and to remand Defendants Salud Clinic Pharmacy, IMGRX Salud, Inc., and Does 1-100 to State Court.

Good cause having been shown, it is hereby ordered that:

1) This matter is dismissed, without prejudice, as to the United States;

///

///

2)  Defendants Salud Clinic Pharmacy, IMGRX Salud, Inc. and Does 1 through 100, inclusive, are remanded to State Court.

IT IS SO ORDERED.

Dated:  October 23, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE